COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT<br>WORCESTER DIVISION<br>CIVIL ACTION NO. 12-11975-GAO |

RSA SECURITY LLC,
    Plaintiff

V.

ZIONS MANAGEMENT SERVICES COMPANY, AMEGY BANK, N.A., ZIONS FIRST NATIONAL BANK, and ZIONS BANCORPORATION,
    Defendants

**NOTICE OF APPEARANCE**

Please enter my appearance as lead counsel for the plaintiff, RSA Security LLC.

      /s/ John O. Mirick
John O. Mirick, Esq.  BBO #349240
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 23, 2012